IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEVONE NEWSOME,** : | **CIVIL NO. 1:13-CV-0910** |
| **Plaintiff** : | |
| : | **(Judge Rambo)** |
| v. : | |
| : | **(Magistrate Judge Carlson)** |
| **UNITED STATES OF AMERICA,** : | |
| **Defendant** : | |

# **O R D E R**

AND NOW, this 15th day of July, 2014, **IT IS HEREBY ORDERED THAT**:

1) The court adopts the reports and recommendations of the magistrate judge (Docs. 31 and 40).

2) Plaintiff's motion to enforce the settlement agreement (Doc. 28) is **DENIED**.

3) Any appeal from this order will be deemed frivolous and not taken in good faith.

                                                          s/Sylvia H. Rambo
                                                         United States District Judge